IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHNATHAN MASON, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:21-cv-1380 |
| LYFT, INC. AND LYFT, INC. D/B/A | § | |
| LYFT DRIVES TEXAS, INC., | § | |
| *Defendants.* | § | |

---

## INDEX OF DOCUMENTS – EXHIBIT "A" TO NOTICE OF REMOVAL

---

Pursuant to 28 U.S.C. § 1446(a) and Local Civil Rule 81.1(a), Defendants Lyft, Inc. and Lyft, Inc. d/b/a Lyft Drives Texas, Inc. files this Index of Documents as Exhibit "A" to its Notice of Removal. Attached is a copy of each document filed in the state court action styled *Johnathan Mason vs. Lyft, Inc. and Lyft, Inc. d/b/a Lyft Drives Texas, Inc.;* Cause No. CC-21-01905-B; in the County Court at Law No. 2, Dallas County, Texas.

| EXHIBIT | DESCRIPTION | DATE |
|---|---|---|
| 1 | Plaintiff's Original Petition | 2021.05.17 |
| 2 | Issued Citation for Lyft, Inc. | 2021.05.18 |
| 3 | Issued Citation for Lyft, Inc. d/b/a Lyft Drives Texas, Inc. | 2021.05.18 |
| 4 | Affidavit of Service for Lyft, Inc. | 2021.06.01 |
| 5 | Affidavit of Service for Lyft, Inc. d/b/a Lyft Drives Texas, Inc. | 2021.06.01 |
| 6 | Docket Sheet | 2021.06.14 |

Respectfully submitted,



_____
Bryan D. Pollard
State Bar No. 00795592
bryan.pollard@fisherbroyles.com
Telephone: (214) 984-7153
Katie M. Ackels
State Bar No. 24078948
katie.ackels@fisherbroyles.com
Telephone: (469) 372-6484
FISHERBROYLES, LLP
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
Facsimile: (214) 279-7192

ATTORNEYS FOR DEFENDANT LYFT, INC.
LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.

## CERTIFICATE OF SERVICE

On June 14, 2021, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel of record electronically or by another manner authorized by the Federal Rules of Civil Procedure.

_____
Katie M. Ackels

# EXHIBIT 1

FILED
5/17/2021 3:37 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CAUSE NO. CC-21-01905-B
_____

| | | |
|---|---|---|
| JOHNATHAN MASON | § | IN THE COUNTY COURT |
| | § | |
| | § | |
| VS. | § | AT LAW NO. _____ |
| | § | |
| | § | |
| LYFT, INC. AND LYFT, INC. D/B/A | § | |
| LYFT DRIVES TEXAS, INC. | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Johnathan Mason ("Plaintiff") files this Original Petition complaining of Defendant Lyft, Inc. and Lyft, Inc. d/b/a Lyft Drives Texas, Inc. ("Defendants") and for cause of action states the following:

## DISCOVERY CONTROL PLAN

1.  Pursuant to Rules 190.1 and 190.3 of the Texas Rules of Civil Procedure, Plaintiff states that discovery in this cause is intended to be conducted under Level 3.

## JURY DEMAND

2.  Pursuant to Rules 216 and 217 of the Texas Rules of Civil Procedure, Plaintiff requests a jury trial of this matter.  Accordingly, Plaintiff tenders the proper jury fee with the filing of Plaintiff's Original Petition.

## PARTIES

3.  Plaintiff Johnathan Mason is an individual residing in Dallas County, Texas.  The last three digits of his driver's license are 899 and the last three digits of his social security number are 299.

4.  Defendant Lyft, Inc. is a corporation that may be served through its registered agent CT

Corporation System at 1999 Bryan St., Ste. 900 Dallas, Texas 75201.

5.   Defendant Lyft, Inc. d/b/a Lyft Drives Texas, Inc. is a corporation that may be served through its registered agent CT Corporation System at 1999 Bryan St., Ste. 900 Dallas, Texas 75201.

## VENUE AND JURISDICTION

6.   Venue is proper in this Court by virtue of Tex. Civ. Prac. & Rem. Code §15.002(a). Furthermore, this Court has jurisdiction in that the damages being sought are within the jurisdictional limits of this Court.

## FACTS

7.   This lawsuit is based on a motor vehicular collision occurring on or about September 20, 2019, at or near the intersection of Walnut Hill Lane and Boedecker Road in Dallas, Texas (hereinafter referred to as "The Collision").

8.   Plaintiff was a backseat passenger in a Lyft vehicle that was arranged through the Lyft application, when Defendants' driver rear-ended another vehicle causing severe injuries and damages to Plaintiff.

9.   Defendants' driver was acting in the course and scope of his employment with Defendants at the time of the crash.

10.  The Collision was proximately caused by the negligence and / or negligence *per se* of the Defendants.

## CAUSES OF ACTION

### Negligence and / or Negligence *Per Se*

11.  At the time of The Collision, Defendants' employee/driver was negligent and / or

negligent *per se* in one or more of the following particulars:

a.  In failing to keep such a lookout as a person of ordinary prudence would have kept under the same or similar circumstances;
b.  In failing to timely apply the brakes of the vehicle in order to avoid the collision in question;
c.  In driving a vehicle at a rate of speed which was greater than that which an ordinarily prudent person would have driven under the same or similar circumstances;
d.  In failing to yield the right-of-way;
e.  In failing to maintain his vehicle under control;
f.  In following too closely;
g.  In disregarding traffic signals;
h.  In failing to take proper evasive action;
i.  In driving while inattentive;
j.  In driving while looking at his cell phone, texting, emailing, or otherwise using a cellular device which diverted his attention from the road in front of him; and
k.  In violating Texas Transportation Code Sections 545.062 (following distance), 545.351 (maximum speed requirement), and 545.4251 (use of portable wireless communication device for electronic messaging).

12.  At the time of The Collision, Defendants' employee/driver was acting in the course and scope of his employment with Defendant Lyft, Inc. and / or Lyft, Inc. d/b/a Lyft Drives Texas, Inc.  As a result, Defendant Lyft, Inc.  and / or Lyft, Inc. d/b/a Lyft Drives Texas, Inc. are legally liable for the acts and omissions of negligence of their employee under the doctrine of respondeat superior.

13.  Defendants Lyft, Inc. and / or Lyft, Inc. d/b/a Lyft Drives Texas, Inc. were negligent in hiring their employee as a driver and negligent in allowing him to continue driving vehicles for them when they reasonably should have known that it was unsafe to do so. These Defendants were also negligent in the training of its training and the safety and operation of its fleet. Such negligence, singularity or in combination with others, proximately caused The Collision.

14.   Each of the foregoing acts or omissions, singularly or in combination with others, constituted negligence and / or negligence *per se*, which proximately caused The Collision and Plaintiff's injuries and damages.

## PERSONAL INJURIES AND DAMAGES

15.   As a result of Defendant's negligent actions, Johnathan Mason suffered personal injuries. Consequently, Johnathan Mason seeks recovery of the following damages:

a.   <u>Medical Expenses:</u>  Johnathan Mason incurred bodily injuries which were caused by The Collision and Johnathan Mason incurred medical expenses for treatment of such injuries.   Johnathan Mason believes that, in reasonable medical probability such injuries will require the need for future medical care.

b.   <u>Physical Pain</u>:  Johnathan Mason endured physical pain as a result of the personal injuries sustained in The Collision and reasonably anticipates such pain will continue in the future.

c.   <u>Mental Anguish</u>:  Johnathan Mason endured mental anguish as a result of the personal injuries sustained in The Collision and reasonably anticipates such mental anguish will continue in the future.

d.   <u>Disfigurement</u>: Johnathan Mason endured disfigurement as a result of the personal injuries sustained in The Collision and reasonably anticipates such will continue in the future.

e.   <u>Impairment</u>: Johnathan Mason endured physical impairment as a result of the personal injuries sustained in The Collision and reasonably anticipates such in the future.

f.   <u>Loss of Earning Capacity</u>:  Johnathan Mason lost wages as a result of the personal injuries sustained in The Collision. Johnathan Mason reasonably believes that such injuries will diminish Johnathan Mason's earning capacity in the future.

## AGGRAVATION

16.   In the alternative, if it be shown that the Plaintiff suffered from any pre-existing injury, diseas.e and/or condition at the time of the incident made the basis of the lawsuit, then

such injury, disease and/or condition was aggravated and/or exacerbated by the negligence of the Defendant.

## U.S. LIFE TABLES

17.     Notice is hereby given to the Defendant that Plaintiff intends to use the U. S. Life Tables as published by the Department of Health and Human Services - National Vital Statistics Report in the trial of this matter.  Plaintiff requests that this Honorable Court take judicial notice of those rules, regulations, and statutes of the United States and the State of Texas, pursuant to Texas Rule of Evidence 201 and 1005.

## RELIEF SOUGHT

18.     Pursuant to Texas Rules of Civil Procedure 193.7, notice is hereby given of the intention to use any of the documents exchanged and/or produced between any party during the trial of this case.  All conditions precedent to Plaintiff's right to recover the relief sought herein have occurred or have been performed.

19.     As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff states that the damages sought are in an amount within the jurisdictional limits of this Court.   As required by Rule 47(c), Texas Rules of Civil Procedure, Plaintiff states that Plaintiff seeks monetary relief in excess of $250,000, but less than $1,000,000. As discovery takes place and testimony is given, Plaintiff will be in a better position to give the maximum amount of damages sought.

20.     Plaintiff requests that Defendant be cited to appear and answer, and that this case be tried after which Plaintiff recover:

    a.     Judgment against Defendant for a sum within the jurisdictional limits of this

Court for the damages set forth herein;
b.      Pre-judgment interest at the maximum amount allowed by law;
c.      Post-judgment interest at the maximum rate allowed by law;
d.      Costs of suit; and
e.      Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**REYES | BROWNE | REILLEY**


 /s/ Spencer P. Browne
**Spencer P. Browne**
State Bar No. 24040589
**Hussain Ismail**
State Bar No. 24087782
8222 Douglas Avenue, Suite 400
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
spencer@reyeslaw.com
hussain@reyeslaw.com

**ATTORNEYS FOR PLAINTIFF**

# EXHIBIT 2

# THE STATE OF TEXAS
# CITATION
CAUSE NO. **CC-21-01905-B**
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

**LYFT, INC.**
**CT CORPORATION SYSTEM REGISTERED AGENT**
**1999 BRYAN ST STE 900**
**DALLAS TX  75201**

"You have been sued.  You may employ an attorney.  If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."  Your answer should be addressed to the clerk of  County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas  75202.

**JOHNATHAN MASON**
*Plaintiff(s)*

**VS.**

**LYFT, INC.; LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.**
*Defendant(s)*

filed in said Court on the 17th day of May, 2021, a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 18th day of May, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk



By _____, Deputy
Guisla Hernandez

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

**CC-21-01905-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

JOHNATHAN MASON, *Plaintiff(s)*

**VS.**

LYFT, INC.; LYFT, INC. D/B/A LYFT
DRIVES TEXAS, INC., *Defendant(s)*

**SERVE:**

**LYFT, INC.**
**CT CORPORATION SYSTEM**
**REGISTERED AGENT**
**1999 BRYAN ST STE 900**
**DALLAS TX  75201**

**ISSUED THIS**
**18TH DAY OF MAY, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

SPENCER P BROWNE
8222 DOUGLAS AVE
SUITE 400
DALLAS TX  75225
214-526-7900

## OFFICER'S RETURN

CC-21-01905-B   County Court at Law No. 2

JOHNATHAN MASON vs.  LYFT, INC.,  LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.

**ADDRESS FOR SERVICE:**
CT CORPORATION SYSTEM REGISTERED AGENT
1999 BRYAN ST STE 900
DALLAS TX  75201

**Fees:**
Came to hand on the _____day of _____, 20_____, at _____o'clock _____.m., and executed in _____ County, Texas by delivering to LYFT, INC. in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy     $_____     _____, Officer

Total    $_____     _____, County, Texas

By:_____, Deputy

_____, Affiant

EXHIBIT 3

# THE STATE OF TEXAS
# CITATION

CAUSE NO. **CC-21-01905-B**
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

**LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.**
**SERVE ITS REGISTERED AGENT: CT CORPORATION SYSTEM REGISTERED AGENT**
**1999 BRYAN ST STE 900**
**DALLAS TX  75201**

"You have been sued.  You may employ an attorney.  If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org."   Your answer should be addressed to the clerk of  County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas  75202.

**JOHNATHAN MASON**
*Plaintiff(s)*

**VS.**

**LYFT, INC.; LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.**
*Defendant(s)*

filed in said Court on the 17th day of May, 2021, a copy of which accompanies this citation.

**WITNESS:   JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 18th day of May, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez*, Deputy
   Guisla Hernandez



---

**ATTORNEY**
**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

## CC-21-01905-B

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

JOHNATHAN MASON, *Plaintiff(s)*

**VS.**

LYFT, INC.; LYFT, INC. D/B/A LYFT
DRIVES TEXAS, INC., *Defendant(s)*

---

**SERVE:**
**LYFT, INC. D/B/A LYFT DRIVES**
**TEXAS, INC.**
**SERVE ITS REGISTERED AGENT: CT**
**CORPORATION SYSTEM**
**REGISTERED AGENT**
**1999 BRYAN ST STE 900**
**DALLAS TX  75201**

**ISSUED THIS**
**18TH DAY OF MAY, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

---

Attorney for Plaintiff

SPENCER P BROWNE
8222 DOUGLAS AVE
SUITE 400
DALLAS TX  75225
214-526-7900

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

**OFFICER'S RETURN**

CC-21-01905-B   County Court at Law No. 2

JOHNATHAN MASON vs.  LYFT, INC.,  LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.

**ADDRESS FOR SERVICE:**
SERVE ITS REGISTERED AGENT: CT CORPORATION SYSTEM REGISTERED AGENT
1999 BRYAN ST STE 900
DALLAS TX  75201
**Fees:**
Came to hand on the _____day of _____, 20_____, at _____o'clock _____.m., and executed in _____ County, Texas by delivering to LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC. in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
| | | |
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

Serving Petition and Copy     $_____     _____, Officer

Total   $_____        _____, County, Texas

By:_____, Deputy

_____, Affiant

# EXHIBIT 4

FILED
6/1/2021 6:20 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Case 3:21-cv-01380-G   Document 1-1   Filed 06/14/21   Page 17 of 27   PageID 21

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Texas** | **County of Dallas** | **County Court No. 2 Court** |

Case Number: CC2101905B

Plaintiff:
**JOHNATHAN MASON**

FWT2021001248

vs.

Defendant:
**LYFT, INC. AND LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.**

For:
Spencer P. Browne
REYES BROWNE
8222 Douglas Ave.
Suite 400
Dallas, TX 75225

Received by Alliance Civil Process, Inc. on the 18th day of May, 2021 at 1:28 pm to be served on LYFT, INC. BY DELIVERING TO REGISTERED AGENT CT CORPOATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201.

I, Monty R. Crabb, being duly sworn, depose and say that on the **19th day of May, 2021** at **1:25 am, I:**

delivered a true copy of the **CITATION AND PLAINTIFF'S ORIGINAL PETITION** with the date of service endorsed thereon by me, to:

**LYFT, INC. BY DELIVERING TO REGISTERED AGENT CT CORPOATION SYSTEM**

by delivering to **AALIYAH WAMSKY** in person as **AUTHORIZED AGENT** at the address of: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**, who stated they are authorized to accept service.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices. I have personal knowledge of the facts stated above and declare under penalty of perjury that each is true and correct.

Subscribed and Sworn to before me on the ⎓⎓ day
of ⎓⎓⎓⎓⎓⎓, ⎓⎓⎓⎓ by the affiant who is
personally known to me.

NOTARY PUBLIC

SHERRY ROBERSON
Notary Public, State of Texas
Comm. Expires 01-07-2025
Notary ID 124041036

**Monty R. Crabb**
PSC-378; Exp. 7/31/2022

**Alliance Civil Process, Inc.**
136 W. McLeroy Blvd., Ste. A
Saginaw, TX 76179
(817) 306-4150

Our Job Serial Number: FWT-2021001248
Ref: 20051984311
Service Fee: _____

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z



Electronically Served
5/18/2021 9:18 AM

# THE STATE OF TEXAS
# CITATION

CAUSE NO. **CC-21-01905-B**
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

**TO:**

**LYFT, INC.**
**CT CORPORATION SYSTEM REGISTERED AGENT**
**1999 BRYAN ST STE 900**
**DALLAS TX 75201**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**JOHNATHAN MASON**
*Plaintiff(s)*

**VS.**

**LYFT, INC.; LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.**
*Defendant(s)*

filed in said Court on the 17th day of May, 2021, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 18th day of May, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk

By _Guisla Hernandez_ , Deputy
    Guisla Hernandez



---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

**CC-21-01905-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

JOHNATHAN MASON, *Plaintiff(s)*

VS.

LYFT, INC.; LYFT, INC. D/B/A LYFT
DRIVES TEXAS, INC., *Defendant(s)*

**SERVE:**

**LYFT, INC.**
**CT CORPORATION SYSTEM**
**REGISTERED AGENT**
**1999 BRYAN ST STE 900**
**DALLAS TX 75201**

**ISSUED THIS**
**18TH DAY OF MAY, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

SPENCER P BROWNE
8222 DOUGLAS AVE
SUITE 400
DALLAS TX 75225
214-526-7900

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-21-01905-B   County Court at Law No. 2

JOHNATHAN MASON vs. LYFT, INC., LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.

**ADDRESS FOR SERVICE:**
CT CORPORATION SYSTEM REGISTERED AGENT
1999 BRYAN ST STE 900
DALLAS TX 75201

**Fees:**

Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to LYFT, INC. in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
| | | |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy     $_____     _____, Officer

Total   $_____     _____, County, Texas

By:_____, Deputy

_____, Affiant

# EXHIBIT 5

Case 3:21-cv-01380-G   Document 1-1   Filed 06/14/21   Page 21 of 27   PageID 25

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Dallas**                    **County Court No. 2 Court**

Case Number: CC2101905B

Plaintiff:
**JOHNATHAN MASON**

FWT2021001249

vs.

Defendant:
**LYFT, INC. AND LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.**

For:
Spencer P. Browne
REYES BROWNE
8222 Douglas Ave.
Suite 400
Dallas, TX 75225

Received by Alliance Civil Process, Inc. on the 18th day of May, 2021 at 1:28 pm to be served on **LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC. BY DELIVERING TO REGISTERED AGENT CT CORPOATION SYSTEM, 1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201.**

I, Monty R. Crabb, being duly sworn, depose and say that on the **19th day of May, 2021** at **1:25 am, I:**

delivered a true copy of the **CITATION AND PLAINTIFF'S ORIGINAL PETITION** with the date of service endorsed thereon by me, to:

**LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC. BY DELIVERING TO REGISTERED AGENT CT CORPOATION SYSTEM**

by delivering to **AALIYAH WAMSKY** in person as **AUTHORIZED AGENT** at the address of: **1999 BRYAN STREET, SUITE 900, DALLAS, TX 75201**, who stated they are authorized to accept service.

I certify that I am over the age of 18, have no interest in the above action, and am authorized by written order of the court to serve citation and other notices. I have personal knowledge of the facts stated above and declare under penalty of perjury that each is true and correct.

Subscribed and Sworn to before me on the ___ day
of _____, ____ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

**Monty R. Crabb**
PSC-378; Exp. 7/31/2022

SHERRY ROBERSON
Notary Public, State of Texas
Comm. Expires 01-07-2025
Notary ID 124041036

**Alliance Civil Process, Inc.**
**136 W. McLeroy Blvd., Ste. A**
**Saginaw, TX 76179**
**(817) 306-4150**

Our Job Serial Number: FWT-2021001249
Ref: 20051984311
Service Fee: _____

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z



Electronically Served
5/18/2021 9:18 AM

# THE STATE OF TEXAS
## CITATION
CAUSE NO. **CC-21-01905-B**
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

**LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.**
**SERVE ITS REGISTERED AGENT: CT CORPORATION SYSTEM REGISTERED AGENT**
**1999 BRYAN ST STE 900**
**DALLAS TX 75201**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and PLAINTIFF'S ORIGINAL PETITION, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org." Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas 75202.

**JOHNATHAN MASON**
*Plaintiff(s)*

**VS.**

**LYFT, INC.; LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.**
*Defendant(s)*

filed in said Court on the 17th day of May, 2021, a copy of which accompanies this citation.

**WITNESS: JOHN F. WARREN,** Clerk of the County Courts of Dallas County, Texas. GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 18th day of May, 2021 A.D.

JOHN F. WARREN, Dallas County Clerk

By *Guisla Hernandez*, Deputy
   Guisla Hernandez



---

**ATTORNEY**

**CITATION**
**PLAINTIFF'S ORIGINAL PETITION**

### CC-21-01905-B

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

JOHNATHAN MASON, *Plaintiff(s)*

**VS.**

LYFT, INC.; LYFT, INC. D/B/A LYFT
DRIVES TEXAS, INC., *Defendant(s)*

---

**SERVE:**
**LYFT, INC. D/B/A LYFT DRIVES**
**TEXAS, INC.**
**SERVE ITS REGISTERED AGENT: CT**
**CORPORATION SYSTEM**
**REGISTERED AGENT**
**1999 BRYAN ST STE 900**
**DALLAS TX 75201**

**ISSUED THIS**
**18TH DAY OF MAY, 2021**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

---

Attorney for Plaintiff

SPENCER P BROWNE
8222 DOUGLAS AVE
SUITE 400
DALLAS TX 75225
214-526-7900

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

## OFFICER'S RETURN

CC-21-01905-B   County Court at Law No. 2

JOHNATHAN MASON vs. LYFT, INC., LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.

**ADDRESS FOR SERVICE:**
SERVE ITS REGISTERED AGENT: CT CORPORATION SYSTEM REGISTERED AGENT
1999 BRYAN ST STE 900
DALLAS TX 75201
**Fees:**

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ .m., and executed in _____ County, Texas by delivering to LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC. in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFF'S ORIGINAL PETITION with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy    $_____    _____, Officer

Total    $_____    _____, County, Texas

By: _____, Deputy

_____, Affiant

EXHIBIT 6

## Case Information

CC-21-01905-B | JOHNATHAN MASON vs. LYFT, INC., LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.

| Case Number | Court | Judicial Officer |
|---|---|---|
| CC-21-01905-B | County Court at Law No. 2 | BELLAN, MELISSA |
| File Date | Case Type | Case Status |
| 05/17/2021 | DAMAGES (COLLISION) | OPEN |

## Party

PLAINTIFF
MASON, JOHNATHAN

Active Attorneys ▾
Lead Attorney
BROWNE, SPENCER P
Retained

DEFENDANT
LYFT, INC.

Address
CT CORPORATION SYSTEM, REGISTERED AGENT
1999 BRYAN ST., STE. 900
DALLAS TX 75201

DEFENDANT
LYFT, INC. D/B/A LYFT DRIVES TEXAS, INC.

Address
CT CORPORATION SYSTEM, REGISTERED AGENT
1999 BRYAN ST., STE. 900
DALLAS TX 75201

## Events and Hearings

05/17/2021 NEW CASE FILED (OCA)

05/17/2021 ORIGINAL PETITION ▼

PLAINTIFF'S ORIGINAL PETITION

05/17/2021 ISSUE CITATION ▼

ISSUE CITATION

ISSUE CITATION

Comment
E-SERVE ENV# 53537850

05/17/2021 JURY TRIAL DEMAND

05/18/2021 CITATION (SERVICE)▼

Served
05/19/20211:25 AM

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
06/01/2021 6:20 PM
Served
05/19/20211:25 AM

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
06/01/2021 6:21 PM

06/01/2021 RETURN OF SERVICE ▼

RETURN OF SERVICE LYFT INC DBA LYFT DRIVES TEXAS INC

Comment
RETURN OF SERVICE LYFT INC DBA LYFT DRIVES TEXAS INC SERVED 05/19/2021 1:25 AM
RETURNED 06/01/2021 6:21 PM

06/01/2021 RETURN OF SERVICE ▼

RETUFN OF SERVICE LYFT INC

Comment
RETUFN OF SERVICE LYFT INC SERVED 05/19/2021 1:25 AM RETURNED 06/01/2021 6:20 PM

## Financial

MASON, JOHNATHAN

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $325.00 |
| | Total Payments and Credits | | | $325.00 |
| 5/17/2021 | Transaction Assessment | | | $325.00 |
| 5/17/2021 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2021-04839 | MASON, JOHNATHAN | ($325.00) |

## Documents

PLAINTIFF'S ORIGINAL PETITION

ISSUE CITATION

ISSUE CITATION

RETURN OF SERVICE LYFT INC DBA LYFT DRIVES TEXAS INC

RETUFN OF SERVICE LYFT INC